UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| REGINALD BOONE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5: 14-084-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| FRANCISCO QUINTANA, Warden, | ) | **MEMORANDUM OPINION** |
| | ) | **AND ORDER** |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is currently pending for consideration of Petitioner Reginald Boone's motion to alter or amend this Court's judgment under Federal Rule of Civil Procedure 59(e). [Record No. 9] Boone has not shown that he is entitled to the relief sought. As a result, his motion will be denied.

The purpose of a Rule 59(e) motion is to allow the district court to make its own corrections, thus sparing the parties and appellate court the burden of unnecessary appellate proceedings. *Howard v. United States*, 533 F.3d 472, 475 (6th Cir. 2008). However, while Rule 59 allows for reconsideration of a court's judgment, it does not permit parties to effectively "reargue a case." *Howard*, 533 F.3d at 475 (citing *Sault Ste. Marie Tribe of Chippewa Indians v. Engler*, 146 F.3d 367, 374 (6th Cir. 1998)). Motions to reconsider are not "designed to give an unhappy litigant an opportunity to relitigate matters already decided." *Davidson v. Roadway Express, Inc.*, 562 F.Supp.2d 971, 985 (N.D. Ohio 2008). Rather, the moving party "must either clearly establish a manifest error of law or must

present newly discovered evidence." *Roger Miller Music, Inc. v. Sony/ATV Publ'g, LLC*, 477 F.3d 383, 395 (6th Cir. 2007) (citations omitted).

Boone's primary argument in motion to alter or amend is that the Court erroneously applied the Supreme Court's holding in *Watson v. United States*, 552 U.S. 74 (2007), in concluding that he is not entitled to relief under 28 U.S.C. § 2241. However, as explained at pages 5 through 6 of the Court's earlier Memorandum Opinion and Order, *Watson* does not entitle Boone to the relief sought. [Record No. 5] The Court finds no error in its earlier discussion or application of the holding in *Watson* to the facts presented here. Likewise, the Court finds no error in the remainder of its prior opinion. Accordingly, it is hereby

**ORDERED** that Petitioner Reginald Boone's motion to alter or amend the prior judgment is **DENIED**.

This 22nd day of December, 2014.

Signed By:
*Danny C. Reeves* DCR
United States District Judge